SMITH v. SMITH. (No. 6171.)

(Court of Civil Appeals of Texas. San Antonio. Feb. 12, 1919. Rehearing Denied March 12, 1919.)

1. APPEAL AND ERROR ☞773(2)—TIME FOR FILING BRIEFS.

Where record on appeal in divorce case was filed in Court of Civil Appeals, September 18, 1918, appellant's briefs, filed January 25, 1919, 12 days before case was submitted, and after appellant had been notified it was set for submission February 5th, were not filed in time required.

2. APPEAL AND ERROR ☞766 — BRIEFS — SINGLE-SPACED TYPEWRITTEN MATTER.

Briefs consisting of 19 pages, each of single-spaced typewritten matter, were not in compliance with the rules, and, in the absence of good excuse, the appeal will be dismissed.

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Suit for divorce by Charles C. Smith against Lena Lucius Smith. From a decree granting the divorce, defendant appeals. Appeal dismissed.

Alex C. Bullitt and John D. Robinson, both of San Antonio, for appellant.

FLY, C. J. [1, 2] This is a suit for divorce instituted by appellee, and from a judgment granting the divorce appellant has perfected an appeal. The record was filed in this court on September 18, 1918. Appellant filed her brief in this court on January 23, 1919, 12 days before the case was submitted, and after appellant had been notified that it was set for submission on February 5, 1919. The briefs were not only not filed in the time required, but consist of 19 pages, each of single-spaced typewritten matter. Appellee seeks a dismissal of the appeal on the ground of noncompliance with the rules in regard to the briefs. No good excuse is given for such violation of the rules.

The appeal is dismissed.

---

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes